**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Randy Earl BLODGETT, Defendant–**
**Appellant.**

No. 10–30010.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 24, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

---

Cyndee Peterson, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Randy Earl Blodgett appeals from the 97–month sentence imposed following his guilty-plea conviction for receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Blodgett contends that his sentence is unreasonable in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and 18 U.S.C. § 3553(a), because the district court failed to adequately account for the nature and circumstances of the offense or his personal background. The record reflects that the district court carefully considered the 18 U.S.C. § 3553(a) sentencing factors and provided a well-reasoned and thorough explanation for the sentence imposed. The district court did not procedurally err, and

the sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Carty*, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).